MINUTES OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

Estate of Jerry L. Byler v. Alaska Leader
City and Borough of Yakutat, Intervenor

Case No. 3:10-cv-00055-HRH-JDR

**THE HONORABLE JOHN D. ROBERTS, United States Magistrate Judge**
Leslie R. Need, Law Clerk - Magistrate Judge's Chambers

## MINUTE ORDER FROM CHAMBERS

**RE:** Status Report

The Intervenor, City and Borough of Yakutat (CBY) filed a Motion for Summary Judgment at Docket 196. The court granted several continuances to the deadline for a Reply to the Motion after the parties made the court aware that they were nearing a settlement. CBY filed their Reply Memorandum at Docket 213 and noted that counsel for the Plaintiff notified CBY that the Plaintiff and the Defendant had reached a settlement.[1] There is no notice regarding settlement on file with the court. The Motion for Summary Judgment is now ripe for a recommendation from the magistrate judge. Prior to issuing a recommendation, the court seeks an update from the Plaintiff as to the status of settlement negotiations. Therefore, the Plaintiff, **the Estate of Jerry L. Byler, shall file a status report as to settlement or a notice of settlement by close of business on October 7, 2011.**

IT IS SO ORDERED.

**Entered at the direction of the Honorable John D. Roberts, United States Magistrate Judge**

September 28, 2011

Any request for other information or for clarification, modification, or reconsideration of this Order, or for extension of time must be made as a motion. See FED.R.CIV.P. 7(b)(1); D.Ak.LR. 7.1(1). No one should telephone, fax or write to chambers regarding pending cases. The magistrate judge's judicial assistant and/or law clerk are not permitted to discuss any aspect of this case, provide any information or communicate with any person including litigants, lawyers, witnesses and the public regarding cases.

T:\00 C I V I L\10-CV-055-HRH-JDR ADM BYLER\10-cv-055-HRH-JDR BYLER Minute Order directing Status Report re Settlement.wpd

---

[1] Docket 213, footnote 1.