IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

```
ESTATE OF JERRY L. BYLER,           )
                                    )
                Plaintiff,          )
                                    )
    v.                              )
                                    )
ALASKAN LEADER, Official            )
No. 558637, its Engines,            )
Machinery, Appurtenances, etc.,     )
in rem; and ALASKAN ADVENTURE       )
TOURS, INC., in personam,           )
                                    )   No. 3:10-cv-0055-HRH
                Defendants,         )
                                    )
CITY AND BOROUGH OF YAKUTAT,        )
                                    )
                Intervenor.         )
_____)
```

O R D E R

Granting Stipulation for Dismissal with Prejudice

The court having reviewed the stipulation for dismissal,[1] hereby orders that this matter is dismissed with prejudice, and without fees or costs to any party, pursuant to the stipulation of the parties. Pending motions, if any, are denied as moot.

DATED at Anchorage, Alaska, this <u>18th</u> day of October, 2011.

/s/ H. Russel Holland
United States District Judge

---

[1] Docket No. 218.